DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLOYD SHIM,**
Appellant,

v.

**CHARMAINE WILSON,**
Appellee.

No. 4D20-640

[January 28, 2021]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE17-003733(05).

Catherine A. Riggins, Miami, for appellant.

Cristobal D. Padron of Cristobal D. Padron & Assoc., P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***